**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (10/l7/05)   Case Number **05–36749–SHF**

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/13/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
**NOTE: THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

**See Reverse Side For Important Explanations and SDFL Local Court Requirements.**

**Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**
Steven C. Rodgers
aka Steven Rodgers
1164 SW 28 Ave
Boynton Beach, FL 33426

| | |
|---|---|
| **Case Number:**<br>05–36749–SHF – **Division:** West Palm Beach | **Social Security/Taxpayer ID/Employer ID/Other Nos.:**<br>xxx–xx–2693 |
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>Steven C. Rodgers<br>1164 SW 28 Ave<br>Boynton Beach, FL 33426<br>**Telephone number:** | **Bankruptcy Trustee (name and address):**<br>Robert C Furr<br>www.furrcohen.com<br>2255 Glades Road Ste 337W<br>Boca Raton, FL 33431<br>**Telephone number:** 561–395–0500 |

## MEETING OF CREDITORS
Date: **November 30, 2005**        Time: **11:30 AM**
Location: **Via Jardin Bldg, 330 Clematis St Room 101, West Palm Beach, FL 33401**

**Note: Debtors must bring original government–issued photo identification and proof of the social security number to this meeting.
WARNING TO DEBTOR:** Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and, for cases filed on or after October 17, 2005, for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:** 1/30/06
**Deadline to Object to Trustee's Report of Abandonment:** See explanation on reverse.
**Deadline to Object to Exemptions:**
Thirty days after the conclusion of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the bankruptcy clerk's office where assigned judge is chambered:**<br>Forum Building Complex<br>1675 Palm Beach Lakes Boulevard 8th Floor<br>West Palm Beach FL 33401<br>Telephone: 561–514–4100 | *CLERK*<br>*USBC*<br>*SDFL*<br>***FILED***<br>***11/2/05*** |
| **Hours Open:** Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | **Clerk of the Bankruptcy Court:** Karen Eddy<br>**For:** Judge Steven H Friedman<br>**Date:** 11/2/05 |

## EXPLANATIONS

FORM B9A (10/17/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side (or the existing case under another chapter has been converted to chapter 7). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government–issued photo identification and proof of the social security number at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this case is converted from chapter 13, pursuant to Local Rules 1019–1(E) and 3002–1(A), it has been designated as a no asset case at this time. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. For cases filed on or after October 17, 2005, the discharge will not be issued until the financial management course certification is filed by the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally, in paper, should be filed at the bankruptcy clerk's office where the judge assigned to the case is chambered. Documents filed prior to October 17, 2005, may be viewed at the clerk's office where the judge assigned to the case is chambered. Documents filed on or after October 17, 2005, may be viewed in electronic format at any clerk's office public terminal or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536–5979 or (800)473–0226. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonment of Property by Trustee | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within 2 days. Objections to the report must be filed within 15 days of the meeting. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at www.ebnuscourts.com |
| Translating Services | Except for persons with communications disabilities, translating services are not provided. Persons with communications disabilities should contact the U.S. trustee's office to arrange for translating services at the meeting of creditors. |

−− Refer to Other Side for Important Deadlines and Notices −−

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113C-9            User: corralesv           Page 1 of 1              Date Rcvd: Nov 02, 2005
Case: 05-36749                  Form ID: B9A              Total Served: 11


The following entities were served by first class mail on Nov 04, 2005.
db          +Steven C. Rodgers,   1164 SW 28 Ave,   Boynton Beach, FL 33426-7840
smg         +Highlands County Tax Collector,   540 S Commerce Ave,   Sebring, FL 33870-3867
smg         +IRS,   P.O. Box 4900,   1200 W Houston Suite 530,   San Antonio, TX 78207-3514
ust         +Office of the US Trustee,   51 S.W. 1st Ave.,   Ste. 1204,   Miami, FL 33130-1614
85354586    +Dept. of Justice/Tax Division,   P.O. Box 14198,   Ben Franklin Station,
              Washington, DC 20044-4198
85354589     Internal Revenue Service,   P.O. Box 35045,   Stop 5730,   Jacksonville, FL  32202

The following entities were served by electronic transmission on Nov 03, 2005 and receipt of the transmission
was confirmed on:
tr          +E-mail: danderson@furrcohen.com Nov 03 2005 04:31:01     Robert C Furr,   www.furrcohen.com,
              2255 Glades Road Ste 337W,   Boca Raton, FL 33431-7383
smg          EDI: FLDEPREV.COM Nov 03 2005 01:22:00      Florida Department of Revenue,   POB 6668,
              Bankruptcy Division,   Ft Lauderdale, FL  32314-6668
85354585    +EDI: BANKAMER.COM Nov 03 2005 01:22:00      Bank of America,   PO Box 21846,
              Greensboro, NC 27420-1846
85354587    +EDI: IRS.COM Nov 03 2005 01:22:00      I.R.S. Special Procedure Staff,
              7850 S.W. 6th. Court, Room 165,   Plantation, FL 33324-3202
85354588    +EDI: IRS.COM Nov 03 2005 01:22:00      Internal Revenue Service,   Room 500, Federal Office Bldg.,
              51 S.W. First Avenue,   Miami, FL 33130-1699
                                                                                              TOTAL: 5


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2005**                    **Signature:**    _Joseph Speetjens_