# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Steven C. Rodgers

SSN: xxx-xx-2693

Case No. 05-36749-SHF
Chapter 7

**PAID**
124232

_____Debtor_____/

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(C), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I hereby certify that:

[✓]   The paper filed **adds** a creditor(s) to the case. **I have:**
   [✓] remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report).
   [✓] provided the court with a supplemental matrix in the required format.
   [ ] provided notice to affected parties, including service of a copy of this notice and
       a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)].
   [ ] filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
   [ ] remitted the required fee.
   [ ] provided notice to affected parties.
   [ ] filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
   [ ] provided notice to affected parties, including service of a copy of this notice and
       a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)].
   [ ] filed an amended schedule(s) or other paper.

[ ]   The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
   [ ] remitted the required fee.
   [ ] provided notice to affected parties.
   [ ] filed an amended schedule(s) and summary of schedules.

[ ]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(C), or 1019-1(B).

Dated: 11/04/05

_____signature_____
Attorney for Debtor (or Debtor, if pro se)
Steven C. Rodgers
Print Name & Florida Bar Number

Joint Debtor (if applicable)

1164 SW 28 Ave, Boynton Beach, FL 33426
Address
561-856-7274
Phone Number

LF-4 (rev. 12/01/02)