UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Steven C. Rodgers,
Debtor,

CASE NO.   05-36749-SHF

SSN: xxx-xx-2693



_____/

## MOTION FOR RE-HEARING OF MEETING OF CREDITORS

COMES NOW, the Debtor, Steven C. Rodgers, pro-se, and requests the Court to re-schedule another hearing of Meeting of Creditors for the following reason. The Debtor confirms that he did not receive any Notice for this said Meeting of Creditors. After calling this Court, the Clerk told the Debtor about his Hearing Date of November 30th., 2005.

_____         Dated   12/09/05
Steven C. Rodgers
1164 SW 28 Avenue
Boynton Beach, FL 33426
(561) 856-7274

## CERTIFICATE OF SERVICE

I hereby confirms that a true and correct copy was mailed to: Robert C. Furr, Trustee, 2255 Glades Road #337-W, Boca Raton, FL 33431, on 12/09/2005.

_____         Dated 12/09/05
Steven C. Rodgers