**CGFD28** (10/17/05)



ORDERED in the Southern District of Florida on February 1, 2006



**Steven H Friedman**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov
## Division:   West Palm Beach

**Case Number: 05−36749−SHF**
**Chapter: 7**

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Steven C. Rodgers
aka Steven Rodgers
1164 SW 28 Ave
Boynton Beach, FL 33426

SSN: xxx−xx−2693

*CLERK*
*USBC*
*SDFL*
*FILED*
*2/1/06*

# FINAL DECREE

The trustee, Robert C Furr, having filed a final report that the estate has been fully administered, is discharged and the case is closed.