**CGFD28** (10/17/05)



**ORDERED in the Southern District of Florida on February 1, 2006**

*Steven H. Friedman* (signature)

**Steven H Friedman**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### Division:   West Palm Beach

**Case Number: 05−36749−SHF**
**Chapter: 7**

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Steven C. Rodgers
aka Steven Rodgers
1164 SW 28 Ave
Boynton Beach, FL 33426

SSN: xxx−xx−2693

> CLERK
> USBC
> SDFL
> *FILED*
> *2/1/06*

# FINAL DECREE

The trustee, Robert C Furr, having filed a final report that the estate has been fully administered, is discharged and the case is closed.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113C-9           User: templel           Page 1 of 1              Date Rcvd: Feb 01, 2006
Case: 05-36749                 Form ID: CGFD28         Total Served: 1
```

The following entities were served by first class mail on Feb 03, 2006.
db          +Steven C. Rodgers,   1164 SW 28 Ave,   Boynton Beach, FL 33426-7840

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2006**                        Signature:      *Joseph Speetjens*