Form CGFD39 (10/17/05)



ORDERED in the Southern District of Florida on February 1, 2006



**Steven H Friedman**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov
## Division:   West Palm Beach

Case Number: 05−36749−SHF

Chapter: 7

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Steven C. Rodgers
aka Steven Rodgers
1164 SW 28 Ave
Boynton Beach, FL 33426

Last four digits of Social Security No(s).: xxx−xx−2693

```
CLERK
USBC
SDFL
FILED
2/1/06
```

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** :

The debtor is granted a discharge under § 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR "EXPLANATION OF BANKRUPTCY DISCHARGE".**

Copies to:  All Parties of record

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes; **applies to cases filed on or after October 17, 2005;**

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans; **applies to cases filed on or after October 17, 2005.**

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

*# # #*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113C-9             User: templel             Page 1 of 1                Date Rcvd: Feb 01, 2006
Case: 05-36749                   Form ID: CGFD39           Total Served: 22

The following entities were served by first class mail on Feb 03, 2006.
db         +Steven C. Rodgers,    1164 SW 28 Ave,    Boynton Beach, FL 33426-7840
smg        +Highlands County Tax Collector,    540 S Commerce Ave,    Sebring, FL 33870-3867
ust        +Office of the US Trustee,    51 S.W. 1st Ave.,    Ste. 1204,    Miami, FL 33130-1614
85420945   +Automatic Irrigation Supply Co.,    c/o Mishkin & Duvall,    200 South Meridian Street #525,
             Indianapolis, IN 46225-1015
85420946   +Budget Auto,    c/o Crest Chevrolet,    8281 Merrill Road,    Jacksonville, FL 32277-2927
85420947   +Cellular One,    PO Box 530032,    Atlanta, GA 30353-0032
85420948   +Cingular,    c/o AFNI,    PO Box 47248,    Oak Park, MI 48237-4948
85420949   +Cross Country Bank,    PO Box 15371,    Wilmington, DE 19850-5371
85354586   +Dept. of Justice/Tax Division,    P.O. Box 14198,    Ben Franklin Station,
             Washington, DC 20044-4198
85420951   +Direct TV,    PO Box 9001069,    Louisville, KY 40290-1069
85420952   +Forum Credit Union,    11313 USA Pkwy,    Fishers, IN 46037-9208
85420953   +Founders Insurance Co.,    1645 E. Birchwood Avenue,    Des Plaines, IL 60018-3012
85420954   +Household Credit Svcs.,    PO Box 5222,    Carol Stream, IL 60197-5222
85354589    Internal Revenue Service,    P.O. Box 35045,    Stop 5730,    Jacksonville, FL  32202
85420958   +Target,    c/o Asset Acceptance,    PO Box 9063,    Tampa, FL 33674-9063

The following entities were served by electronic transmission on Feb 02, 2006 and receipt of the transmission
was confirmed on:
tr         +E-mail: danderson@furrcohen.com Feb 02 2006 10:15:57     Robert C Furr,    www.furrcohen.com,
             2255 Glades Road Ste 337W,    Boca Raton, FL 33431-7383
smg         EDI: FLDEPREV.COM Feb 02 2006 07:03:00      Florida Department of Revenue,    POB 6668,
             Bankruptcy Division,    Ft Lauderdale, FL  32314-6668
85420944   +EDI: PHINAMERI.COM Feb 02 2006 07:03:00      AmeriCredit,    PO Box 78143,    Phoenix, AZ 85062-8143
85354585   +EDI: BANKAMER.COM Feb 02 2006 07:03:00      Bank of America,    PO Box 21846,
             Greensboro, NC 27420-1846
85420954   +EDI: HFC.COM Feb 02 2006 07:03:00      Household Credit Svcs.,    PO Box 5222,
             Carol Stream, IL 60197-5222
85354587   +EDI: IRS.COM Feb 02 2006 07:03:00      I.R.S. Special Procedure Staff,
             7850 S.W. 6th. Court, Room 165,    Plantation, FL 33324-3202
85354588   +EDI: IRS.COM Feb 02 2006 07:03:00      Internal Revenue Service,    Room 500, Federal Office Bldg.,
             51 S.W. First Avenue,    Miami, FL 33130-1699
85420959   +EDI: WTRRNBANK.COM Feb 02 2006 07:03:00      Target National Bank,    PO Box 59317,
             Minneapolis, MN 55459-0317
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
85420950*  +Dept. of Justice/Tax Division,    P.O. Box 14198,    Ben Franklin Station,
             Washington, DC 20044-4198
85420955*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  I.R.S. Special Procedure Staff,    7850 S.W. 6th. Court, Room 165,
             Plantation, FL 33324-3202)
85420956*  +Internal Revenue Service,    Room 500, Federal Office Bldg.,    51 S.W. First Avenue,
             Miami, FL 33130-1699
85420957*   Internal Revenue Service,    P.O. Box 35045,    Stop 5730,    Jacksonville, FL  32202
                                                                                             TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2006**                    **Signature:**    _Joseph Speetjens_